AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>606 North Figueroa Street, Apt. 540<br>Los Angeles, CA 90012 | )<br>)<br>) Case No. 2:17-MJ-649<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Central    District of    California   
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before    14 days from the date of its issuance   
                                                                                            *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge <u>on duty at the time of the return through a filing with the Clerk's Office.</u>
                                        *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3/27/2017 11:39 am     *Alicia G. Rosenberg*
                                                                          *Judge's signature*

City and state:  Los Angeles, CA               Alicia G. Rosenberg, U.S. Magistrate Judge
                                                                           *Printed name and title*

AUSA: CDCA C. Grigg x5429; DDC J. Hill 202-252-7227

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: WF-5675942 | Date and time warrant executed: 3/28/2017  8:45 AM | Copy of warrant and inventory left with: Ishmawiyl Claiborne |

Inventory made in the presence of: Mariko Butler, Michael Damascus

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

Please see attached FD-597 for the list of items seized.

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 3/31/2017

*Executing officer's signature*

Michael Damascus, Special Agent
*Printed name and title*

AUSA: CDCA C. Grigg x5429; DDC J. Hill 202-252-7227

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # WF-5675962

On (date) 3/28/2017

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Ishmawiyl Claiborne
(Street Address) 606 N. Figueroa St. #540
(City) Los Angeles, CA 90012

Description of Item(s): ITEM #1 ONE (1) SILVER MACBOOK PRO S/N: C1MJ3F03DTY4 W/POWER SW
ITEM #2 ONE (1) HUAWEI gold CELLPHONE, model: HONOR, No pwr cord; S/N: Q8V0215311002574
ITEM #3 ONE (1) IPAD, SHATTERED SCREEN, S/N DMPGM2VJDFHY, 32GB
ITEM #4 ONE (1) BLACK/SILVER CELLPHONE.
ITEM #5 ONE (1) ONE PLUS CELLPHONE, MODEL: ONE A0001
ITEM #6 ONE (1) MAXTOR 250GB HARD DRIVE, S/N 2HAPJSAP, W/ MY CHARGE PORTABLE CHGR
ITEM #7 ONE (1) YELLOW 3x5 NOTEPAD.
ITEM #8 ONE (1) VERBATIM 8GB FLASH DRIVE, ONE (1) NETAC 4G FLASH DRIVE.
ITEM #9 ONE (1) BLACK AND RED NOTEBOOK.
ITEM #10 MISCELLANEOUS DOCUMENTS WITH FOREIGN WRITING
ITEM #11 ONE (1) WHITE IPAD 32GB, S/N: CCQHNCCLDNGY
ITEM #12 ONE (1) BROWN NOTEBOOK WITH "DIVINE 031FP172 TEXTILES" ON FRONT.
ITEM #13 ONE (1) ONE EM 03/28 CHINA UNICOM SIM CARD.
ITEM #14 PICTURES.
ITEM #15 ONE (1) BB&T TRANSACTION RECEIPT WITH WRITING.
ITEM #16 MISCELLANEOUS CD's/DVD's
ITEM #17 ONE (1) RECEIPT FOR T-MOBILE PHONE NUMBER 202-340-0654
ITEM #18 ONE (1) 1.5GB SEAGATE HD, S/N: 9VSBTY54, CONTAINING DOWNLOAD OF IPHONE 7 S/N: FCHSPSPNHFYC.

Received By: _____ (Signature)  Received From: _____ (Signature)